CHARLES A. HESS, as Assignee of SOL SAYLES, Respondent, *v.* W. & J. SLOANE, Appellant.

*Hess* v. *Sloane*, 66 App. Div. 522, affirmed.
(Argued January 13, 1903; decided January 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Decem-

ber 11, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Selden Bacon* for appellant.

*Louis Marshall* and *M. G. Holstein* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.